UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIM MORTIMER,

               Plaintiff,

       -v.-

NYC ACS CASEWORKER BEVERLY WILSON, *in her individual and official capacities*,

               Defendant.

15 Civ. 7186 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

    On November 20, 2020, the parties participated in a settlement conference before Magistrate Judge Sarah L. Cave but were unable to reach a settlement. (*See* Minute Entry for November 20, 2020). Therefore, the parties are ORDERED to submit a joint letter to the Court on or before December 4, 2020, discussing their preference for a jury trial or a bench trial, and if they prefer a jury trial, discussing their availability for trial in the second half of 2021.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at her address of record.

    SO ORDERED.

Dated:    November 20, 2020
             New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge