590 Madison Avenue, 20th Floor, New York, New York  10022 ■ p212 223-4000 ■ f212 223-4134



Brian D. McGrath
(212) 895-4222
BMcGrath@crowell.com

December 10, 2021

**BY ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re:   Kim Mortimer v. NYC ACS Caseworker Beverly Wilson, 15-cv-7186 (KPF), Request for Leave to File Document Under Seal

Dear Judge Failla:

Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Plaintiff Ms. Mortimer respectfully requests leave to file a Stipulation and Order of Settlement and Dismissal ("Stipulation") under seal. The Stipulation contains sensitive and personal information that Plaintiff wishes to keep under seal.

While there is a presumption in favor of public access to judicial documents, *see, e.g., Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110, 119-20 (2d Cir. 2006), this redaction will not impair the public's ability to access or understand the terms of the Stipulation. Granting leave to file the Stipulation under seal will preserve Plaintiff's ability to keep important personal information private.

Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we attach hereto a copy of the Stipulation with the proposed redactions and a copy of the unredacted Stipulation with the proposed redactions highlighted.

Plaintiff appreciates the Court's efforts in this matter and remain available to discuss at the Court's convenience.

Crowell & Moring LLP ■ www.crowell.com

Brussels ■ Chicago ■ Doha ■ Indianapolis ■ London ■ Los Angeles ■ New York ■ Orange County ■ San Francisco ■ Shanghai ■ Washington, DC

The Honorable Katherine Polk Failla
December 10, 2021
Page 2

                                    Respectfully submitted,

                                    /s/ <u>Brian McGrath</u>

                                  Brian D. McGrath
                                  Anne Li
                                  Crowell & Moring LLP
                                  590 Madison Avenue, 20th Floor
                                  New York, NY 10022

                                  Karla Arias
                                  Crowell & Moring LLP
                                  1001 Pennsylvania Ave, N.W.
                                  Washington, DC 20004

NYACTIVE-21424725.1

```
Application GRANTED.  The unredacted version of the Stipulation and Order
of Settlement and Dismissal may be filed under seal, viewable only to
the parties and the Court.  (Dkt. #321-2, 322).

The Clerk of Court is directed to terminate the pending motion at docket
entry 321.

Date:    December 10, 2021         SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE